HOWARD E. REINHEIMER, as Receiver of the AERONAUTICAL EQUIPMENT, INC., Appellant, v. FRANCIS D. WINSLOW and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application for an Order of Certiorari of FRANCESCO MORRONE and Others, Appellants, v. WILLIAM E. WALSH and Others, Defendants, and WILLIAM NEWMAN and Another, Intervenors, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MARY GREENBERGER, Respondent, v. JOSEPH GREENBERGER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MOBEN HOLDING CORPORATION, Appellant, v. ÆTNA CASUALTY AND SURETY COMPANY, Respondent, and ABRAHAM L. KATLIN, Defendant.— Order modified by striking out the second and partial defense contained in paragraph 5th of the answer of the defendant Ætna Casualty and Surety Company, and as so modified affirmed, without costs, with leave to said defendant to serve an amended answer within twenty days from service of order. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOSEPH REYNAUD, Respondent, v. WILLIAM J. ROME and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SAMUEL H. COHEN, Respondent, v. REICH ASH CORPORATION, a Domestic Corporation, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ANNA VOLP HURTZIG, as Administratrix, etc., of WILLIAM VOLP, Deceased, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LEOPOLD HERKERT, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

STANLEY MOSES, Respondent, v. GILLIES-CAMPBELL COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

EDITH DORNBUSCH, Appellant, v. WILLIAM F. DORNBUSCH, Respondent.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; Proskauer, J., dissents.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL BERG (Correct Name SUNKIN), Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CHARLES HILL, an Infant, by CHARLES HILL, His Guardian ad Litem, Respondent, v. NEWS SYNDICATE Co., INC., Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.